Brown v. Keene, NH, et al.          CV-04-306-SM  11/30/04
                    UNITED STATES DISTRICT COURT

                    DISTRICT OF NEW HAMPSHIRE


Margaret Brown
and Melissa Brown,
      Plaintiffs


      v.                                 Civil No. 04-306-SM
                                         Opinion No. 2004 DNH 173
City of Keene; Keene Police
Department; Officer Darryl
Madden; Trooper Joseph
DiRusso; and Richard Flynn,
Director Department of Safety,
      Defendants


                          **O R D E R**


      Margaret and Melissa Brown sued the City of Keene, the Keene

Police Department, and Officer Darryl Madden ("the Keene

defendants"), as well as Trooper Joseph DiRusso and Richard

Flynn, Director of the New Hampshire Department of Safety ("the

State defendants") in the New Hampshire Superior Court.  Because

plaintiffs' claims implicate federal subject matter jurisdiction,

the Keene defendants removed the case to this court.


      The Keene defendants served the State defendants with a copy

of their petition for removal, but did not obtain the State

defendants' consent to remove the case.  See Mem. of Law in

Support of Mot. to Dismiss (attachment no. 1 to document no. 4) at 4. Indeed, the State defendants mildly complain that they were not consulted by the Keene defendants before the case was removed.

It is well established that "removal statutes are strictly construed" against removal. Danca v. Private Health Care Sys., Inc., 185 F.3d 1, 4 (1st Cir. 1999) (citing Shamrock Oil & Gas Corp. v. Sheets, 313 U.S. 100, 108-09 (1941)). "Where there are multiple defendants, all must consent or join in the petition for removal." Hill v. Phillips, Barratt, Kaiser Eng'g Ltd, 586 F. Supp. 944, 945 (D.N.H. 1984) (citations omitted). Here, removal was plainly improper given the absence of prior consent by the State defendants. The time period in which the State defendants could properly join in the removal petition has long since passed. See 28 U.S.C. § 1446(b). Accordingly, this case is remanded to the New Hampshire Superior Court on grounds of improper removal. The State defendants' pending motion to dismiss (document no. 5) is moot given the order of remand.

**SO ORDERED.**

                                 _____
                                 Steven J. McAuliffe
                                 United States District Judge

November 30, 2004

cc:  Kathleen M. Mulcahey-Hampson, Esq.
     Donald E. Gardner, Esq.
     Nancy J. Smith, Esq.